JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EVAN T.B.,[1]

             Plaintiff,

      v.

FRANK BISIGNANO, Commissioner of Social Security Administration,

            Defendant.

Case No. 5:24-cv-01428-JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

    IT IS SO ADJUDGED.

DATED: August 28, 2025            /s/

                      Honorable Jacqueline Chooljian
                      UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.