Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
EVAN BLOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BLOK,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:24-cv-01428-JC<br><br>ORDER GRANTING THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>DOCKET NO. 25 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,800.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   September 16, 2025

                                            /s/
                              HONORABLE JACQUELINE CHOOLJIAN
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.